Robertson *v*. United Mine Workers of America Welfare and Retirement Fund, Appellant.

Submitted April 14, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Kountz, Fry & Meyer,* for appellant, appearing specially and de bene esse.

*Louis Vaira,* for appellee.

OPINION PER CURIAM, April 26, 1960:

This is an action in assumpsit initiated by plaintiff with the issuance of writ of foreign attachment directed against funds held by the garnishee. Defendant's preliminary objections alleging lack of jurisdiction were dismissed, with direction to answer on the merits. See *Myhalyk v. Lewis,* 398 Pa. 395, 158 A. 2d 305; *Stampolis v. Lewis,* 186 Pa. Superior Ct. 285, 142 A. 2d 348.

The order is affirmed.